FILED FOR RECORD
Carolyn L. Guidry
10/26/2016 11:35:59 AM
COUNTY CLERK
JEFFERSON COUNTY
0130110

0130110

CAUSE NO. _____

| | | |
|---|---|---|
| JODI PORTIE | § | IN THE COUNTY COURT |
| VS. | § § § | AT LAW NO. _____ |
| SAM'S EAST, INC. d/b/a SAM'S CLUB | § | JEFFERSON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JODI PORTIE, hereinafter referred to as Plaintiff, complaining of and against SAM'S EAST, INC. d/b/a SAM'S CLUB, hereinafter referred to as Defendant, and for cause of action would respectfully show unto the Court as follows:

### I.

Plaintiff would show that she is a resident of Jefferson County, Texas. Plaintiff brings this case pursuant to Track 3 of the Revised TEXAS RULES OF CIVIL PROCEDURE.

Defendant, SAM'S EAST, INC. d/b/a SAM'S CLUB, is an Arkansas corporation registered to do business in Texas. Defendant may be served with process by serving its registered agent for service, **CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.**

Jurisdiction and venue are proper in Jefferson County, Texas because Plaintiff resides in Jefferson County, Texas and all or a substantial part of the events giving rise to the claims occurred in Jefferson County, Texas.

Plaintiff sues for monetary relief of not more than $75,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees pursuant to Tex. R. Civ. P. 47(c)(1).

### II.

Plaintiff would show that on or about August 20, 2016, while on the Defendant's premises known as Sam's Club #8275, located at 1615 Interstate 10 South, Beaumont, Texas, as

1

Exhibit A

bvm

a business invitee, Plaintiff sustained personal injuries due to the negligence of the defendant in Jefferson County, Texas. Plaintiff would show that while proceeding through the second entrance door, Plaintiff stepped into a hole in the concrete, twisting Plaintiff's left foot causing her to fall to the floor. Plaintiff would further show the whole in the concrete was unreasonably dangerous; Defendant knew of the existence of the condition of the floor; or in the exercise of reasonable care should have discovered the existence of the condition of the floor so as to prevent Plaintiff from being injured.

### III.

Plaintiff would show the Defendant was guilty of certain acts or omissions which constitute negligence and were a proximate cause of the injuries in question including the following, to-wit:

1. Failing to provide adequate warning signs and/or barriers warning Plaintiff of the existence of the floor;

2. Failing to exercise reasonable care to inspect the premises;

3. Failing to exercise reasonable care in order to discover the dangerous conditions that existed;

4. Failing to properly maintain its premises;

5. Failing to remedy the dangerous condition that existed; and

6. Other acts of negligence as yet unspecified.

### IV.

Plaintiff would show that she has sustained severe physical pain and mental anguish as well as medical expenses. Plaintiff can reasonably expect to incur physical pain, mental anguish and medical expenses in the future. Likewise, Plaintiff sustained loss of past and future earning capacity, and lost past and future wages, all of which she sues this Defendant for the sum in excess of the minimum jurisdictional requirements of this Court.

**V.**

Plaintiff further sues for all pre-judgment interest and post-judgment interest as allowed by law.

**VI.**
**Request for Disclosure**

Plaintiff requests that Defendant supply all information required by TEX.R.CIV.P. 194.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Defendant be cited to answer and appear herein and upon final hearing hereof, Plaintiff have judgment in an amount in excess of the minimum jurisdictional requirements of this Court, for pre-judgment and post-judgment interest, for court costs, and for such other and further relief to which she may show herself to be justly entitled, either at law or in equity, and for all of which she will ever pray.

Respectfully submitted,

**REAUD, MORGAN & QUINN, L.L.P.**
801 Laurel Street
Post Office Box 26005
Beaumont, Texas 77720-6005
Telephone: (409) 838-1000
Telecopier: (409) 833-8236

By: ___/s/ Taylor Miller_____
     Taylor Miller
     State Bar No. 24083506

**Attorneys for Plaintiff**

FILED FOR RECORD
Carolyn L. Guidry
10/26/2016 11:35:59 AM
COUNTY CLERK
JEFFERSON COUNTY
0130110

CAUSE NO. 0130110

| | | |
|---|---|---|
| JODI PORTIE | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NO. 1 |
| | § | |
| SAM'S EAST, INC. d/b/a SAM'S CLUB | § | JEFFERSON COUNTY, TEXAS |

**PLAINTIFF'S JURY DEMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JODI PORTIE, hereinafter referred to as Plaintiff, and requests a trial by jury.

Respectfully submitted,

**REAUD, MORGAN & QUINN, L.L.P.**
801 Laurel Street
Post Office Box 26005
Beaumont, Texas 77720-6005
Telephone: (409) 838-1000
Telecopier: (409) 833-8236

By: ___/s/ Taylor Miller___
 Taylor Miller
 State Bar No. 24083506

**Attorneys for Plaintiff**

1

bvm