| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JODI PORTIE,                          §
                                      §
    Plaintiff,              §
                                      §
versus                                §   CIVIL ACTION NO. 1:17-CV-320
                                      §
SAM'S EAST INC., *doing business as*  §
SAM'S CLUB,                           §
                                      §
    Defendant.             §

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation of Voluntary Dismissal (Doc. No. 19) and Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-styled case is DISMISSED with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 8th day of May, 2018.

*/s/ Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE